2025 Sep-03  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM: SEPT. 2025
HBO GJ# 14

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **DARIUS LEZELL SINGLETON** ) | |

### <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
*Distribution of a Controlled Substance*
**21 U.S.C. § § 841(a)(1) and (b)(1)(B)**

The Grand Jury charges that:

On or about the 22nd day of August 2025, in Madison County, within the Northern District of Alabama, the defendant,

**DARIUS LEZELL SINGLETON**,

did knowingly and intentionally distribute a controlled substance, that is: 50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL

\_\_\_\_*/s/electronic signature*_____
FOREPERSON OF THE GRAND JURY

                                              PRIM F. ESCALONA
                                              United States Attorney

_____*/s/electronic signature*_____
AUSA John M. Hundscheid for **WILLIAM R. MCCOMB**
**Assistant United States Attorney**